[No. 5585–6–II.  Division Two.  December 1, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. KENNETH
LEE FALOR, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 6952, William L. Dowell, J., entered May 1, 1981. *Affirmed* by unpublished opinion per Petrich, A.C.J., concurred in by Petrie and Worswick, JJ.

[No. 4873–6–II.  Division Two.  December 2, 1982.]

REX B. VALENTINE, *Appellant,* v. BERNARD W.
GEESTMAN, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 69763, John W. Schumacher, J., entered June 12, 1980. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Reed, C.J., and Petrich, J.

[No. 5036–6–II.  Division Two.  December 2, 1982.]

ED SELDEN'S FLOOR COVERING, INC., *Appellant,* v. THE
DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent.*

Appeal from a judgment of the Superior Court for Thurston County, No. 79–2–00924–2, Robert J. Doran, J., entered September 2, 1980. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Reed, C.J., and Petrie, J.